IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 26, 2010

Charles R. Fulbruge III
Clerk

No. 07-60756

NED COMER; BRENDA COMER; ERIC HAYGOOD, husband of Brenda
Haygood; BRENDA HAYGOOD; LARRY HUNTER, husband of Sandra L
Hunter; SANDRA L HUNTER; MITCHELL KISIELWESKI, husband of
Johanna Kisielweski; JOHANNA KISIELWESKI; ELLIOTT ROUMAIN,
husband of Rosemary Roumain; ROSEMARY ROUMAIN; JUDY OLSON;
DAVID LAIN

Plaintiffs - Appellants

versus

MURPHY OIL USA; UNIVERSAL OIL PRODUCTS (UOP); SHELL OIL COMPANY;
EXXONMOBIL CORP; AES CORP; ALLEGHENY ENERGY INC; ALLIANCE
RESOURCE PARTNERS LP; ALPHA NATURAL RESOURCES INC; ARCH COAL
INC; BP AMERICA PRODUCTION COMPANY; BP PRODUCTS NORTH AMERICA
INC; CINERGY CORP; CONOCOPHILLIPS COMPANY; CONSOL ENERGY INC;
THE DOW CHEMICAL COMPANY; DUKE ENERGY CORP; EON AG; E I DUPONT
DE NEMOURS & CO; ENTERGY CORP; FIRSTENERGY CORP; FOUNDATION
COAL HOLDINGS INC; FPL GROUP INC; HONEYWELL INTERNATIONAL INC;
INTERNATIONAL COAL GROUP INC; MASSEY ENERGY CO; NATURAL
RESOURCE PARTNERS LP; PEABODY ENERGY CORP; RELIANT ENERGY
INC; TENNESSEE VALLEY AUTHORITY; WESTMORELAND COAL CO; XCEL
ENERGY INC; CHEVRON USA INC; THE AMERICAN PETROLEUM INSTITUTE

Defendants - Appellees

- - - - -
Appeal from the United States District Court for the
Southern District of Mississippi
- - - - -

ON PETITIONS FOR REHEARING EN BANC

(Opinion October 16, 2009, 5 Cir., 2009, _____F.3d____)
(Revised Opinion October 22, 5 Cir., 2009, _____F.3d____)

(February 26, 2010)

BEFORE:  JOLLY, DAVIS, SMITH, STEWART, DENNIS, CLEMENT, PRADO
         OWEN and ELROD, Circuit Judges.[1]

BY THE COURT:

A member of the court having requested a poll on the

petitions for rehearing en banc, and a majority of the circuit

---

[1]Chief Judge Jones, and Judges King, Wiener, Garza, Benavides,
Southwick and Haynes are recused and did not participate.

judges in regular active service and not disqualified having voted in favor,

It is ordered that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed.  The Clerk will specify a briefing schedule for the filing of supplemental briefs.